# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | |
|---|---|
| **ANTWAN SPARKS** | Case No. 1:16-cv-841 |
| **Plaintiff,** | Judge Timothy S. Black |
| v. | |
| **CITY OF MT. HEALTHY, OHIO** | <u>**NOTICE OF APPEARANCE**</u> |
| **Defendant.** | |

    Plaintiff gives notice that Alphonse A. Gerhardstein enters his appearance as attorney for the Plaintiff in this action.

                                       Respectfully submitted,

                                       <u>/s/ Alphonse A. Gerhardstein</u>
                                       Alphonse A. Gerhardstein (0032053)
                                       Attorney for Plaintiff
                                       Jennifer L. Branch (0038893)
                                       Attorney for Plaintiff
                                       Adam Gerhardstein (0091738)
                                       Attorney for Plaintiff
                                       Gerhardstein & Branch Co. LPA
                                       432 Walnut Street, Suite 400
                                       Cincinnati, Ohio 45202
                                       Tel (513) 621-9100
                                       Fax (513) 345-5543
                                       agerhardstein@gbfirm.com
                                       jbranch@gbfirm.com
                                       adamgerhardstein@gbfirm.com

## CERTIFICATE OF SERVICE

I hereby certify that on August 17, 2016, a copy of the foregoing pleading was filed electronically. Notice of this filing will be sent to all parties for whom counsel has entered an appearance by operation of the Court's electronic filing system. Parties may access this filing through the Court's system. I further certify that a copy of the foregoing pleading and the Notice of Electronic Filing has been served by ordinary U.S. mail upon all parties for whom counsel has not yet entered an appearance electronically.

                                                      s/ Alphonse A. Gerhardstein
                                                      Attorney for Plaintiff