# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | |
|---|---|
| **ANTWAN SPARKS** | : Case No. 1:16-cv-841 |
| **Plaintiff,** | : Judge Timothy S. Black |
| v. | : |
| **CITY OF MT. HEALTHY, OHIO** | : **NOTICE OF APPEARANCE** |
| **Defendant.** | : |

    Plaintiff gives notice that Adam Gerhardstein enters his appearance as attorney for the Plaintiff in this action.

 

                Respectfully submitted,

                /s/ Adam Gerhardstein
                Adam Gerhardstein (0091738)
                Attorney for Plaintiff
                Jennifer L. Branch (0038893)
                Attorney for Plaintiff
                Alphonse A. Gerhardstein (0032053)
                Attorney for Plaintiff
                Gerhardstein & Branch Co. LPA
                432 Walnut Street, Suite 400
                Cincinnati, Ohio 45202
                Tel (513) 621-9100
                Fax (513) 345-5543
                adamgerhardstein@gbfirm.com
                jbranch@gbfirm.com
                agerhardstein@gbfirm.com

## CERTIFICATE OF SERVICE

    I hereby certify that on August 17, 2016, a copy of the foregoing pleading was filed electronically.  Notice of this filing will be sent to all parties for whom counsel has entered an appearance by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.  I further certify that a copy of the foregoing pleading and the Notice of Electronic Filing has been served by ordinary U.S. mail upon all parties for whom counsel has not yet entered an appearance electronically.

                                                s/ Adam Gerhardstein
                                                Attorney for Plaintiff