# U.S. DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | | |
|---|---|---|
| ANTWAN SPARKS | : | CASE NO: 1:16-CV-841 |
| | : | |
| PLAINTIFF, | : | JUDGE: TIMOTHY S. BLACK |
| | : | |
| v. | : | |
| | : | |
| CITY OF MT. HEALTHY, OHIO | : | |
| | : | |
| DEFENDANT | : | |

## NOTICE OF APPEARANCE

Please take notice that Lawrence E. Barbiere of the law firm of Schroeder, Maundrell, Barbiere & Powers hereby enters his appearance as additional counsel for Defendant City of Mt. Healthy, Ohio in the within action.

Respectfully submitted,

*/s/ Lawrence E. Barbiere*
Lawrence E. Barbiere (0027106)
SCHROEDER, MAUNDRELL, BARBIERE & POWERS
5300 Socialville-Foster Road, Suite 200
Mason, OH 45040
F: 513-583-4203, P: 513-583-4210
Email: lbarbiere@smbplaw.com
*Counsel for Defendant City of Mt. Healthy, Ohio*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Notice of Appearance was filed on this 17th day of October, 2016 using the Clerk of Court's CM/ECF electronic filing system which will send notice of such filing to all parties of record.

*/s/ Lawrence E. Barbiere*
Lawrence E. Barbiere (0027106)